No. D–1836. IN RE DISBARMENT OF ZOLOT. Lawrence M. Zolot, of San Diego, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1837. IN RE DISBARMENT OF QUINN. Anthony P. Quinn, of Queens, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1838. IN RE DISBARMENT OF CROWLEY. Martin J. Crowley, of Smithtown, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 97–215. CALDERON, WARDEN v. THOMPSON. C. A. 9th Cir. Motion of petitioner to proceed with 8½- by 11-inch paper granted. Motion of petitioner to expedite consideration granted. Petition for writ of mandamus denied. Treating the papers submitted as a petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit, certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 95–1764. SARATOGA FISHING CO. v. J. M. MARTINAC & CO. ET AL., 520 U. S. 875;

No. 96–538. FROST ET AL. v. UNITED STATES, 520 U. S. 1226;

No. 96–1358. OCHOA v. FEDERAL COMMUNICATIONS COMMISSION ET AL., 520 U. S. 1229;

No. 96–1534. SWEENEY v. SCHMOKE, MAYOR OF BALTIMORE, ET AL., 520 U. S. 1251;

No. 96–1593. HINCHLIFFE v. PENNSYLVANIA, 520 U. S. 1265;

No. 96–1664. TIN YAT CHIN v. DEPARTMENT OF JUSTICE, 520 U. S. 1231;

No. 96–1700. ABIDEKUN v. NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT ET AL., 520 U. S. 1241;

No. 96–6480. DUTCHER v. MOREO ET AL., 519 U. S. 1063;

No. 96–7748. FIDIS v. LAKESIDE MEDICAL CENTER, 520 U. S. 1171;

No. 96–7796. SORIA v. TEXAS, 520 U. S. 1253;

No. 96–7937. WILKINS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 520 U. S. 1189;

No. 96–7980. RODRIGUEZ v. UNITED STATES, 520 U. S. 1160;

No. 96–8086. TUERK v. OTIS ELEVATOR CO., INC., ET AL., 520 U. S. 1214;

No. 96–8172. HALE v. RUNYON, POSTMASTER GENERAL, 520 U. S. 1190;

No. 96–8250. FELTROP v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 520 U. S. 1242;

No. 96–8288. ARTEAGA v. SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, 520 U. S. 1233;

No. 96–8289. ARTEAGA v. COURT OF APPEAL OF CALIFORNIA, SIXTH APPELLATE DISTRICT, 520 U. S. 1233;

No. 96–8292. MULTANI v. ROSS UNIVERSITY ET AL., 520 U. S. 1233;

No. 96–8294. KEIRSEY v. MARYLAND, 520 U. S. 1191;

No. 96–8299. SACERIO v. SCHOOL BOARD OF DADE COUNTY, 520 U. S. 1242;

No. 96–8373. WERNER, AKA THOMAS v. MCCOTTER, EXECUTIVE DIRECTOR, UTAH DEPARTMENT OF CORRECTIONS, ET AL., 520 U. S. 1244;

No. 96–8375. GARY v. TURPIN, WARDEN, 520 U. S. 1244;

No. 96–8384. HOWARD v. HOWARD, 520 U. S. 1244;

No. 96–8428. JUDD v. UNIVERSITY OF NEW MEXICO ET AL., 520 U. S. 1245;

No. 96–8464. LAMBERT v. INDIANA, 520 U. S. 1255;

No. 96–8498. REYNOLDS v. LOS ANGELES COUNTY DEPARTMENT OF CHILDREN'S SERVICES, 520 U. S. 1234;

No. 96–8512. SIKORA v. DOE ET AL., 520 U. S. 1266;

No. 96–8532. JENKINS ET AL. v. OAKLEY ET AL., 520 U. S. 1256;

No. 96–8571. GRAY v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL., 520 U. S. 1268;

No. 96–8572. HANSEN v. UNITED STATES, 520 U. S. 1222;

No. 96–8606. SHARP v. ALLSTATE INSURANCE CO. ET AL., 520 U. S. 1268;

1138

No. 96–8618. BURGESS v. EASLEY MUNICIPAL ELECTION COMMISSION, 520 U. S. 1234;

No. 96–8627. NAGI v. C. E. FLEMING CORP. ET AL., 520 U. S. 1234;

No. 96–8637. IN RE ROBINSON, 520 U. S. 1273;

No. 96–8644. TIDIK v. RITSEMA ET AL., 520 U. S. 1256;

No. 96–8667. IN RE GRUBBS, 520 U. S. 1227;

No. 96–8677. BURNETT v. CHIPPEWA COUNTY SHERIFF'S DEPARTMENT, 520 U. S. 1279;

No. 96–8697. TROWBRIDGE v. UNITED STATES, 520 U. S. 1235;

No. 96–8771. STEWART v. UNITED STATES, 520 U. S. 1246;

No. 96–8840. WASHINGTON v. OAKLAND UNIFIED SCHOOL DISTRICT, ante, p. 1124; and

No. 96–8919. DANCER v. MERIT SYSTEMS PROTECTION BOARD, 520 U. S. 1280. Petitions for rehearing denied.

No. 96–79. BOGGS v. BOGGS ET AL., 520 U. S. 833. Motion of respondents to supplement petition for rehearing granted. Petition for rehearing denied.

No. 96–8894. ROBINSON v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., 520 U. S. 1283. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

AUGUST 5, 1997

No. 97–5492 (A–107). IN RE FELTROP. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

AUGUST 6, 1997

No. A–61 (97–122). CITY OF MONROE ET AL. v. UNITED STATES. Appeal from D. C. M. D. Ga. Application for stay of permanent injunction entered by the three judge panel of the United States District Court for the Middle District of Georgia, case No. 94–CV–45(WDO), on April 21, 1997, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending action by this Court on the statement as to jurisdiction. Should the appeal be dis-